AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

PALM PARTNERS, LLC

*Plaintiff(s)*

v.

PALM BEACH TREATMENT CENTER, LLC and CARMEN SANZ

*Defendant(s)*

CASE NO: 17-cv-80582-ROSENBERG/Brannon

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PALM BEACH TREATMENT CENTER, LLC
c/o Gregg S. Lerman P.A., Registered Agent
330 Clematis Street
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert H. Thornburg
Allen, Dyer, Doppelt & Gilchrist, P.A.
1220 Brickel Avenue, Suite 2400
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: May 9, 2017

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| PALM PARTNERS, LLC<br>*Plaintiff(s)*<br>v.<br>PALM BEACH TREATMENT CENTER, LLC and CARMEN SANZ<br>*Defendant(s)* | ) | CASE NO: 17-cv-80582-ROSENBERG/Brannon |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carmen Sanz
4894 Palm Hill Drive
West Palm Beach, FL 33415

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert H. Thornburg
Allen, Dyer, Doppelt & Gilchrist, P.A.
1220 Brickel Avenue, Suite 2400
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: May 9, 2017

Steven M. Larimore
Clerk of Court

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts